UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA
EX REL SCHUMANN RAFIZADEH

CIVIL ACTION

VERSUS

NUMBER 05-286-FJP-SCR

OFFICE FACILITIES CORPORATION,
ET AL

### RULING

In response to an order to show cause[1] issued by the magistrate judge, plaintiff filed a motion to stay.[2] After reviewing the responses to the order to show cause and the motion to stay;

IT IS ORDERED that plaintiff's motion to stay is DENIED.

Baton Rouge, Louisiana, January 28, 2008.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. No. 23.

[2] Rec. Doc. No. 26.

Doc#45035